

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00122-CR

| | | |
|---|---|---|
| BRIAN EDWARD SMITH, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CR2021-1263) |
| v. | § | July 21, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker